Argued and submitted November 15, 2012, appeal dismissed February 21,
petition for review denied June 20, 2013 (353 Or 748)

STATE OF OREGON,
*Plaintiff-Respondent*,

*v.*

ADAM KYLE ROGERS,
*Defendant-Appellant*.

Jackson County Circuit Court
071646FE; A149300

296 P3d 1277

James E. Leuenberger argued the case for appellant.
With him on the brief was James E. Leuenberger PC.

Carolyn Alexander, Senior Assistant Attorney General,
argued the case for respondent. With her on the brief were
Ellen F. Rosenblum, Attorney General, and Anna M. Joyce,
Solicitor General.

Before Schuman, Presiding Judge, and Wollheim, Judge,
and Hadlock, Judge.

PER CURIAM